UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ISAAC ODURO BOATENG,
    a/k/a "Kofi Boat,"
INUSAH AHMED,
    a/k/a "Pascal,"
DERRICK VAN YEBOAH,
    a/k/a "Van," and
PATRICK KWAME ASARE,
    a/k/a "Borgar,"

              Defendants.

ORDER

23 Cr. 263

---

Upon the application of the United States of America, by Assistant United States Attorney Mitzi Steiner, it is hereby ORDERED that the Indictment in this matter, 23 Cr. 263, be unsealed.

Dated: New York, New York
       August 7, 2025

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE