# The Law Offices of Jason Goldman

275 Madison Avenue, 35th Floor
New York, New York 10016
www.jasongoldmanlaw.com

Jason Goldman, Esq.
Principal Attorney
Admitted in NY & NJ

p. 212.466.6617
f.  212.931.6328
e. jg@jasongoldmanlaw.com

January 5, 2026

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Derrick Van Yeboah*, 23-CR-263 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

I represent the Defendant in the above captioned matter.  On December 16, 2025, per the Court's instruction, I spoke with Jeffrey Einhorn, Esq. of The Law Offices of Jeffrey Lichtman.  I informed Mr. Einhorn that I represent Derrick Van Yeboah in this action and █████████████ ████████████████████████████████████████████████████

As discussed at the prior status conference, I was previously employed by The Law Offices of Jeffrey Lichtman and in that capacity ███████████████████████████████ ████████████████████████ Mr. Einhorn, in turn, ██████████████████████ Following this conversation, Mr. Einhorn contacted my office back and ███████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████

Respectfully,

Jason Goldman, Esq.