

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**VIA ECF AND EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **United States v. Boateng et al., 23 Cr. 263 (AS)**

Dear Judge Subramanian:

    The parties write jointly to request that the Court adjourn the status conference currently scheduled for March 10, 2026, by approximately 30 days. The Government respectfully requests that the Court exclude time under the Speedy Trial Act between March 10, 2026 and the date of the next conference because such an exclusion is in the interests of justice so that the defendants can review the discovery and the parties can continue discussing potential pretrial dispositions. 18 U.S.C. § 3161(h)(7)(A). The defendants consent to the exclusion of time.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

    By:  */s/ Kevin Mead*
          Kevin Mead
          Mitzi Steiner
          Assistant United States Attorneys
          (212) 637-2211/2284

cc: Counsel of Record (by ECF)