

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**VIA ECF AND EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Boateng et al.</u>, 23 Cr. 263 (AS)

Dear Judge Subramanian:

    The parties write jointly to request that the Court adjourn the status conference currently scheduled for March 10, 2026, by approximately 30 days. The Government respectfully requests that the Court exclude time under the Speedy Trial Act between March 10, 2026 and the date of the next conference because such an exclusion is in the interests of justice so that the defendants can review the discovery and the parties can continue discussing potential pretrial dispositions. 18 U.S.C. § 3161(h)(7)(A). The defendants consent to the exclusion of time.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

        By: */s/ Kevin Mead*
            Kevin Mead
            Mitzi Steiner
            Assistant United States Attorneys
            (212) 637-2211/2284

Application GRANTED. The conference is hereby adjourned to Wednesday, April 8, 2026, at 4:00 PM.

cc: Counsel of Record (by ECF)

IT IS FURTHER ORDERED that the time between March 10, 2026, and April 8, 2026 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to review discovery and discuss a potential a potential pretrial disposition.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: March 6, 2026